```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/15/16
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re Altair Nanotechnologies Securities Litigation

Case No.: 1:14-cv-07828-AT

**CLASS ACTION**

### ORDER APPROVING PLAN OF ALLOCATION

This matter came before the Court for a hearing pursuant to the Order Preliminarily Approving Settlement and Providing for Notice ("Notice Order") dated January 22, 2016, on the application of the Settling Parties for approval of the Settlement set forth in the Stipulation of Settlement dated November 30, 2015 (the "Stipulation"). This Court has jurisdiction over the subject matter of the Action and over all Settling Parties to the Action, including all Class Members. Due and adequate notice having been given to the Class pursuant to the Notice Order, and the Court having considered all papers filed and proceedings had herein and otherwise being fully informed in the premises,

IT IS HEREBY ORDERED that:

The Plan of Allocation set forth in the Notice of Proposed Settlement of Class Action, Motion for Attorneys' Fees and Expenses, and Settlement Fairness Hearing is APPROVED as fair, reasonable, and adequate.

SO ORDERED.

Dated: June 15, 2016
New York, New York

_____
ANALISA TORRES
United States District Judge